**FILED**
MAY 11 2009
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE RUFFIN<br>7710 KLOVSTAD DR.,<br>FT. WASHINGTON, MD 20744<br><br>and<br><br>REV. KEITH YOUNG<br>133 CROSS FOXES DRIVE<br>FT. WASHINGTON, MD 20744<br><br>                Plaintiffs,<br><br>v.<br><br>NEW DESTINATION, LLC<br>1424 PENNSYLVANIA, AVE., SE<br>WASHINGTON, DC 20003<br><br>and<br><br>MS. INDIA LYLES,<br>EXECUTIVE MANAGER/ OWNER<br>OF NEW DESTINATION, LLC<br>1424 PENNSYLVANIA, AVE., SE<br>WASHINGTON, DC 20003<br><br>                Defendant. | Civil Action No.<br><br>**COMPLAINT FOR FAILURE TO PAY EMPLOYEES FOR HOURS WORKED**<br><br>**JURY TRIAL**<br><br>Case: 1:09-cv-00871<br>Assigned To : Kollar-Kotelly, Colleen<br>Assign. Date : 5/11/2009<br>Description: Labor-ERISA |

RECEIVED

**JURY ACTION**

**COMPLAINT FOR RELIEF FROM FAILURE TO PAY WAGES IN VIOLATION
OF THE LAWS OF THE DISTRICT OF COLUMBIA AND THE UNITED STATES**

1. Plaintiffs Janice Griffin (Plaintiff Griffin) and Rev. Keith Young (Plaintiff Young), were employed by Defendant, New Destination, LLC (New Destination) at 1424 Pennsylvania, Avenue, South East, Washington, D.C. 20003. Plaintiffs allege that Defendant New Destination failed to pay the Plaintiffs for their hours they worked in violation of District of Columbia Wage

1

Payment and Collection Law, D.C. Code § 32-1308, in violation of its contracts with the Plaintiffs and the Fair Labor Standards Act (FLSA)29 U.S.C. §201.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the FLSA claim under 29 U.S.C. §1331 and over the D.C. Code violation claims under 28 U.S.C. §1367. Venue is appropriate in this District because New Destination operates its firm within the District of Columbia.

## PARTIES

3. On February 18, 2008, Plaintiff Ruffin signed an employment contract with New Destination and it was also signed by the Executive Director of New Destination Ms. India Lyles on the same date.

4. Plaintiff Young signed an employment contract with New Destination on April 10, 2008 and Ms. Lyles signed his employment contract on April 7, 2008.

5. New Destination is a mental health provider for the D.C. Department of Mental Health.

6. Ms. India Lyles is the Executive Manager and owner of New Destination.

## FACTUAL BACKGROUND

7. Plaintiff Ruffin was hired as a "LPC/C Counselor" a licensed professional counselor. Ms. Ruffin worked for about seven and a half (7 ½) months and received less than 1/4 of her wage owed to her for the hours worked in 2008. She filed time sheets with Defendant, New Destination.

8. The compensation agreement between the parties for Plaintiff Ruffin is set forth within the contract as follows:

2

"Hours of office operation are as follows Monday through Friday 9:30am through 7:00pm. Hours as Follows: 8:00am - 5:00pm. FULL TIME Fee for Service for Groups/Clients $50.00 per hr for Individual and $65.00 per hour for Groups. Full-Time fee for service arrangement."

9. The compensation agreement for Plaintiff Young is set forth as follows:

"Hours of office operation are as follows Monday through Friday 9:30am through 7:00pm. You will be expected to work up to forty-hours per week at the rate of $16,00 per hour performing your duties as a Faith Base Minister."

10. Both the employment contracts for Plaintiff Ruffin and Plaintiff Young state that Defendant, New Destination, has "no control over the DOH/APRA/FS disbursement system." (D.C. Department of Health/ Access to Recovery Program/ Financial System). However, the Defendant received funding from (Substance Abuse and Mental Health Services Administration) SAMSHA within the U.S. Department of Health and Human Services and APRA within the D.C. Department of Health and failed to provide payment of wages to Plaintiff Ruffin and Plaintiff Young for more that 2,000 hours of counseling they provided in 2008.

11. The Defendant receives federal funds through grants from the District of Columbia Department of Health. In 2007 the D.C. Department of Health received $142,200.00 from SAMSHA under Award number SM058111. In 2008 the D.C. Department of Health received the same amount from SAMSHA under Award number SM058111.

## CLAIM ONE

### (D.C. Wage Payment and Collection Law)

12. Plaintiffs reassert and allege paragraphs 1 through 15, inclusive and fully set forth and incorporate said paragraphs herein by reference.

13. Section 32-1308 of the D.C. Code makes it unlawful: For an employer to fail to pay wages to its employees. An employee may bring an action to recover unpaid wages and liquidated damages. In addition if judgment is awarded to the Plaintiffs, they are entitled to costs of the action, including costs or fees of any nature and reasonable attorney's fees, to be paid by the Defendant.

14. New Destination failed to pay Plaintiffs Ruffin and Young wages under their employment contract in violation of D.C. Code §31-1308.

## CLAIM TWO

### (Breach of Contract)

15. Plaintiffs reassert and allege paragraphs 1 through 15, inclusive and fully set forth and incorporate said paragraphs herein by reference.

16. Under District of Columbia Law a Breach of Contract runs from the time of breach. D.C. Code 2001 Ed. §12-301(7).

17. New Destination violated its contracts with Plaintiffs Ruffin and Young when New Destination failed to pay Plaintiff Ruffin for her services performed under the contract which she and Ms. Lyles signed on February 8, 2008.

18. Defendant, New Destination, failed to pay Plaintiff Young from April 1, 2008 through December 8, 2008 under an employment contract signed on April 10, 2008.

## CLAIM THREE

### (Fair Labor Standards Act)

19. Plaintiffs reassert and allege paragraphs 1 through 15, inclusive and fully set forth and incorporate said paragraphs herein by reference.

20. Section 201 of the Fair Labor Standards Act (FLSA)29 U.S.C. §201 makes it unlawful: For an employer to fail to compensate its employees who were required to work a 40-hour week. Plaintiffs are entitled to attorney's costs and fees under 29 U.S.C. §216(b).

## PRAYER FOR RELIEF

Any and all other relief, including equitable relief and liquidated damages and such other relief as the Court may deem just and proper, for themselves.

## JURY DEMAND

Plaintiffs request trial by jury.

Date: May 8, 2009

David L. Rose (DCB# 376379)
Earlene W. Rosenberg (DCB# 974273)
1320 19th Street, N.W., Suite 601
Washington, DC 20036
(202) 331-8555 Office
(202) 331-0996 Fax
Attorneys for Plaintiffs