UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANICE RUFFIN *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW DESTINATION, LLC *et al.*,<br><br>    Defendants. | Civil Action No. 09–871 (CKK) |

**ORDER**
(August 8, 2011)

For the reasons expressed in the accompanying Memorandum Opinion, it is, this 8th day of August, 2011, hereby

**ORDERED** that Plaintiffs' [35] Renewed Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that Defendants New Destination, LLC and India Lyles shall be jointly and severally liable to Plaintiff Janice Ruffin in the amount of $ 31,350.50; and it is further

**ORDERED** that Defendants New Destination, LLC and India Lyles shall be jointly and severally liable to Plaintiff Rev. Keith Young in the amount of $23,000.00.

**SO ORDERED.**

*This is a final, appealable Order.*

Date:   August 8, 2011

                                              /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge